IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANCH BANKING AND
TRUST COMPANY,
    Plaintiff,

vs.                                    Case No. 3:13cv115/MCR/CJK

INN AT DAUPHIN ISLAND,
LLC, et. al.,
    Defendants.

## REPORT AND RECOMMENDATION

This case is before the court upon plaintiff's notice of voluntary dismissal of garnishment (doc. 17). The court construes the notice as a motion for voluntary dismissal. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That the motion for voluntary dismissal (doc. 17) be GRANTED and this cause be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 21st day of March, 2013.

                                              */s/ Charles J. Kahn, Jr.*
                                              CHARLES J. KAHN, JR.
                                              UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).